# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

Carlos Chavez Norwood, III,

        Plaintiff(s),

v.

Renown Hospital, et al.,

        Defendant(s).

2:22-cv-01671-JAD-VCF

**ORDER**

Before the court is Plaintiff's motion for miscellaneous relief re service. (ECF No. 14).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing is scheduled for 11:00 AM, October 17, 2023, on Plaintiff's motion for miscellaneous relief re service (ECF No. 14). Plaintiff will appear by telephone.

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, October 13, 2023.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

• Log on to the call ten (10) minutes prior to the hearing time.

• Mute your sound prior to entering the hearing.

• Do not talk over one another.

• State your name prior to speaking for the record.

• Do not have others in the video screen or moving in the background.

- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

For anyone who is not a party to the action and would like to listen to the proceedings, you may contact Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov for the call-in telephone number. Recording of the proceedings is prohibited.

DATED this 7th day of September 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2