UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| CARLOS CHAVEZ NORWOOD, III, | Case No. 3:24-CV-00019-ART-CLB |
|---|---|
| Plaintiff, | **ORDER STRIKING FOURTH AMENDED COMPLAINT** |
| v. | [ECF No. 17] |
| RENOWN HOSPITAL, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff Carlos Chavez Norwood's ("Norwood") fourth amended complaint. (ECF No. 39.) For the reasons discussed below, the Court strikes the amended complaint and directs Norwood to file a motion for leave to amend, if he chooses to do so.

Federal Rule of Civil Procedure 15(a)(1) allows a party to amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading. Fed. R. Civ. P. 15(a)(2) further instructs that "[i]n all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave [to amend a pleading] when justice so requires," and there is a strong public policy in favor of permitting amendment. *Bowles v. Reade*, 198 F.3d 752, 757 (9th Cir. 1999). Further, LR 15-1 requires a party to attach proposed amended pleadings to a motion seeking leave of court to file an amended pleading.

Here, Norwood filed his proposed fourth amended complaint without leave and without an accompanying motion or points and authorities in support of his proposed amended complaint. Accordingly, the Court will strike Norwood's fourth amended complaint, (ECF No. 39), for his failure to follow Fed. R. Civ. P. 15, and LR 15-1.

///

///

///

Accordingly, **IT IS ORDERED** that Norwood's proposed fourth amended complaint, (ECF No. 39), is **STRICKEN**.

**DATED**: __January 30, 2024__.

_____
**UNITED STATES MAGISTRATE JUDGE**