UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS CHAVEZ NORWOOD, III,<br><br>Plaintiff,<br>v.<br><br>RENOWN HOSPITAL, *et al.*,<br><br>Defendants. | Case No. 3:24-cv-00019-ART-CLB<br><br>ORDER |

This is a civil rights action filed by Plaintiff Carlos Chavez Norwood, a former inmate in custody of the Nevada Department of Corrections, involving claims of inadequate medical care against Defendants Nolan O'Connor and Dr. Roberto Rivera. (ECF Nos. 1-1, 7, 11.) On March 5, 2024, the Court gave Plaintiff a final opportunity to effectuate service on O'Connor and Rivera by March 25, 2024, and warned that if summons were returned unexecuted again, the Court would recommend dismissal without prejudice. (ECF No. 49.) On the same day, summons was returned unexecuted as to O'Connor and Rivera. (ECF No. 50.) Plaintiff has failed to take any action since then.

Therefore, the Court DISMISSES this case without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

The Clerk of Court is directed to CLOSE this case and enter judgment accordingly.

Dated this 31st day of October 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1